McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-PO-00014-SAB |
| Plaintiff, | UNITED STATES' MOTION TO DISMISS; ORDER TO DISMISS |
| v. | |
| JOHN C. MUNSON, | |
| Defendant. | |

The United States moves to dismiss citation #6354681 (and this case 1:19-po-00014-SAB) with prejudice in the interest of justice.

Dated: March 27, 2019           McGREGOR W. SCOTT
                                 United States Attorney


                  By: /s/ JEFFREY A. SPIVAK
                        JEFFREY A. SPIVAK
                        Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: __**April 2, 2019**__
                                   UNITED STATES MAGISTRATE JUDGE

1